STATE OF NEW JERSEY v. JAMES M. HOWELL.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE BROCKENBAUGH.

May 2, 1978. Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. ROBERT POWELL.

May 2, 1978. Petition for certification denied.

WALTER WOLF v. GENERAL MOTORS CORPORATION.

May 2, 1978. Petition for certification granted.

FINLAY & ASSOCIATES, INC. v.
BORG-WARNER CORPORATION.

May 2, 1978. Petition for certification denied. (See 155 *N. J. Super.* 331)

STATE OF NEW JERSEY v. ALVIN LEE MATHIS.

May 2, 1978. Petition for certification denied.